**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JAYSEN PATTERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>        Defendants. | Case No. 2:23-cv-00735-GMN-BNW<br><br>**ORDER** |

Before the Court is (1) Plaintiff's Motion for Clarification (ECF No. 18), which requests that the Office of the Attorney General file Defendant Lombardo's address under seal; and (2) Plaintiff's Motion to Order Service (ECF No. 19), which requests that the U.S. Marshals Service ("USMS") effect service on Defendant Lombardo.

**IT IS ORDERED** that Plaintiff's Motion for Clarification (ECF No. 18) is DENIED as moot. Defendant Lombardo's address has already been filed under seal. *See* ECF Nos. 14, 15.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Order Service (ECF No. 19) is DENIED as premature.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send Plaintiff a USM-285 form for Defendant Lombardo.

/ / /

/ / /

/ / /

1   **IT IS FURTHER ORDERED** that Plaintiff shall fill out the USM-285 form but leave Defendant Lombardo's address blank. Plaintiff shall then file the USM-285 form on the docket by February 14, 2024. If Plaintiff does this, the Court will issue a subsequent order to have the USMS effect service. If Plaintiff does not file the USM-285 form for Defendant Lombardo, the Court may recommend that this defendant be dismissed.

DATED this 31st day of January 2024.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE