**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Jaysen Patterson,

             Plaintiff(s),

vs.

Brian Williams, Sr., *et al.*,

             Defendant(s).

2:23-cv-00735-CDS-MDC

**Order Setting Hearing and to Produce Jaysen Patterson #1071140**

TO: NEVADA DEPARTMENT OF CORRECTIONS; and JEREMY BEAN, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV.

The Court find that **Jaysen Patterson #1071140** is presently in the custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS ORDERED** that the parties to this case shall appear in-person on **August 28, 2024, at 3:00pm in Courtroom 3A** for a hearing on the plaintiff's *Motion to Compel* (ECF No. 34).

**IT IS FURTHER ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **Jaysen Patterson #1071140** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in the LV Courtroom 3D, Las Vegas, Nevada on **August 28, 2024, at 3:00pm in Courtroom 3A**. Plaintiff will not be released and shall be returned to the custody of the Warden, High Desert State Prison.

IT IS SO ORDERED.

Dated this 16th day of August 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge