# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jaysen Patterson,<br><br>        Plaintiff<br><br>v.<br><br>Brian Williams, Sr., et al.,<br><br>        Defendants | Case No. 2:23-cv-00735-CDS-MDC<br><br>**Order to Produce<br>Jaysen Patterson,<br>#1071140** |

TO:    NEVADA DEPARTMENT OF CORRECTIONS; and
TO:    JEREMY BEAN, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV.

THE COURT HEREBY FINDS that JAYSEN PATTERSON, #1071140, is presently in the custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

IT IS ORDERED that the Warden of High Desert State Prison, or his designee, must transport and produce JAYSEN PATTERSON, #1071140, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in the LV Courtroom 6B, Las Vegas, Nevada, on or about January 22, 2025, at 10:00 a.m., for the scheduled Motion for Preliminary Injunction hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the entitled above, until JAYSEN PATTERSON, #1071140, is released and discharged by the court; and that JAYSEN PATTERSON, #1071140, must thereafter be returned to the custody of the Warden of High Desert State Prison, under safe and secure conduct.

Dated: December 27, 2024

_____
Cristina D. Silva
United States District Judge