UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jaysen Patterson,

        Plaintiff

v.

Brian Williams, Sr., et al.,

        Defendants

Case No. 2:23-cv-00735-CDS-MDC

**Order Granting Plaintiff's Motion to Extend Time to File Response**

[ECF No. 99]

    Plaintiff Jaysen Patterson moves to extend the time to file a response to defendants Julie Williams, James Scally, Steve Sisolak, Ronald Oliver, Brian Williams, Sr, Calvin Johnson, Charles Daniels, David Tristan, Harold Wickham, Jacob Walden, and Jeremy Bean's motion to dismiss. Mot., ECF No. 99. Patterson seeks a twenty-one-day extension, which would move the response deadline from February 21, 2025, to March 14, 2025, because he did not have access to the law library at High Desert State Prison and was transferred to Ely State Prison the day before the deadline. *Id.* at 2. Patterson states that it will take a week to receive his property, to include his legal documents. *Id.* Defendants do not oppose the motion. ECF No. 101. For these reasons, Patterson's motion is granted and the deadline to file any opposition to the motion to dismiss is extended to March 14, 2025.

### Conclusion

    IT IS HEREBY ORDERED that Patterson's motion requesting an extension of time to respond **[ECF No. 99] is GRANTED** nunc pro tunc to February 20, 2025. His deadline to respond to the motion to dismiss is extended to March 14, 2025. Any reply is due by March 21, 2025.

Dated: February 25, 2025

_____
Cristina D. Silva
United States District Judge