UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jaysen Patterson,

    Plaintiff

v.

Brian Williams, Sr., et al.,

    Defendants

Case No. 2:23-cv-00735-CDS-MDC

**Order Granting Plaintiff's Motion to Extend Time to File Response**

[ECF No. 104]

    In his second motion to extend time, plaintiff Jaysen Patterson seeks an additional ten days to file an opposition to defendants Julie Williams, James Scally, Steve Sisolak, Ronald Oliver, Brian Williams, Sr, Calvin Johnson, Charles Daniels, David Tristan, Harold Wickham, Jacob Walden, and Jeremy Bean's motion to dismiss. Mot ECF No. 104. Patterson represents that more time is necessary due to a missed appointment at the Ely State Prison law library and overall limited time and access to the law library. *Id.* at 2, 4. Patterson states that it will also take time to handwrite his response. *Id.* at 4. Defendants do not oppose providing Patterson more time to prepare his response. Non-opp'n, ECF No. 105. Therefore Patterson's motion is granted and the deadline to file any opposition to the motion to dismiss is extended from March 14, 2025, to March 24, 2025.

Conclusion

    IT IS HEREBY ORDERED that Patterson's motion for extension of time to file opposition **[ECF No. 104] is GRANTED**. His deadline to respond to the motion to dismiss is extended to March 24, 2025. Any reply is due by March 31, 2025.

Dated: March 12, 2025

_____
Cristina D. Silva
United States District Judge