# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jaysen Patterson, | Case No. 2:23-cv-00735-CDS-MDC |
| Plaintiff | Order Granting Plaintiff's Unopposed Motion to Extend Time to File Response |
| v. | |
| Brian Williams, Sr., et al., | [ECF No. 108] |
| Defendants | |

In his unopposed motion to extend time, plaintiff Jaysen Patterson seeks an additional ten days to file an opposition to defendants Brian Williams, Sr., Jeremy Bean, Charles Daniels, Calvin Johnson, Joe Lombardo, Ronald Oliver, James Scally, Steve Sisolak, David Tristan, Jacob Walden, Harold Wickham, Julie Williams's motion to dismiss. Mot. ECF No. 108. Patterson's response deadline was previously extended to March 24, 2025. Order, ECF No. 107. In his third request, Patterson states that a power outage at the Ely State Prison caused mechanical failures with the cell doors so the prison was on lockdown. ECF No. 108. Defendants do not oppose the extension of time. Non-opp'n, ECF No. 109. So Patterson's motion is granted and the deadline to file any opposition to the motion to dismiss is extended from March 24, 2025, to April 3, 2025.

## Conclusion

IT IS HEREBY ORDERED that Patterson's motion for extension of time to file opposition **[ECF No. 108] is GRANTED**. His deadline to respond to the motion to dismiss is extended to April 3, 2025. Any reply is due by April 10, 2025.

Dated: April 2, 2025

_____
Cristina D. Silva
United States District Judge