UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jaysen Patterson,

        Plaintiff

v.

Brian Williams, Sr., et al.,

        Defendants

Case No. 2:23-cv-00735-CDS-MDC

**Order Granting Plaintiff's Unopposed Motion to Extend Time to File Response**

[ECF No. 111]

In his fourth motion to extend time, plaintiff Jaysen Patterson requests an additional five days to file an opposition to defendants Brian Williams, Sr., Jeremy Bean, Charles Daniels, Calvin Johnson, Joe Lombardo, Ronald Oliver, James Scally, Steve Sisolak, David Tristan, Jacob Walden, Harold Wickham, Julie Williams's motion to dismiss. Mot. ECF No. 111. Patterson's response deadline was recently extended to April 3, 2025. Order, ECF No. 107. Here, Patterson represents that, due to the power outage cited in his previous request, he was unable to access the law library until April 2, 2025. ECF No. 111 at 2. Defendants do not oppose the extension of time. Non-opp'n, ECF No. 112. Thus, Patterson's motion is granted.[1]

**Conclusion**

IT IS HEREBY ORDERED that Patterson's motion for extension of time to file opposition **[ECF No. 111] is GRANTED**, nunc pro tunc. His deadline to respond to the motion to dismiss is extended from April 3, 2025, to April 8, 2025.

Dated: April 11, 2025

                                              _____
                                              Cristina D. Silva
                                              United States District Judge

---

[1] Patterson timely filed his response. ECF No. 113.