AARON D. FORD
 Attorney General
LEO T. HENDGES (Bar No. 16034)
 Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way
Suite 100
Las Vegas, Nevada 89119
(702) 486-3795 (phone)
(702) 486-3768 (fax)
Email: lhendges@ag.nv.gov

*Attorneys for Defendants
Jeremy Bean, Charles Daniels,
Calvin Johnson, Joe Lombardo,
Ronald Oliver, James Scally,
Steve Sisolak, David Tristan,
Jacob Walden, Harold Wickham,
Julie Williams, and Brian Williams, Sr.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAYSEN PATTERSON, | Case No. 2:23-cv-00735-CDS-MDC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| BRIAN WILLIAMS, SR., et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, Jaysen Patterson, and Defendants, Jeremy Bean, Charles Daniels, Calvin Johnson, Joe Lombardo, Ronald Oliver, James Scally, Steve Sisolak, David Tristan, Jacob Walden, Harold Wickham, Julie Williams, and Brian Williams, Sr., by and through counsel, Aaron D. Ford, Nevada Attorney General, and Leo T. Hendges, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

1  The Parties have resolved this matter in its entirety, the terms of the agreement have been
2  satisfied, and the parties agree that the Court may accordingly close the case, with
3  prejudice. Any outstanding deadlines are considered moot.

DATED this 7th day of May, 2025.           DATED this 7th day of May, 2025

                                            AARON D. FORD
                                            Attorney General

By: _____              By: /s/ *Leo T. Hendges*
JAYSEN PATTERSON #1071140                  LEO T. HENDGES (Bar No. 16034)
Plaintiff                                   Senior Deputy Attorney General
                                            *Attorneys for Defendants*

## ORDER

Based on the parties' stipulation, This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED: _____ May 29, 2025

_____
UNITED STATES DISTRICT JUDGE